UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GARY STEPHAN BUZA,**

    **Plaintiff,**

**v.**                                                      Case No: 5:16-cv-409-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Before the Court is Defendant's unopposed motion for a thirty-day extension in which to file her memorandum. (Doc. 28). Although the motion is **GRANTED**, I note that Plaintiff has received numerous continuances in this case (Docs. 21, 24, 26) and, therefore, no further extensions will be granted absent extraordinary circumstances. Defendant may file her memorandum **on or before July 19, 2017**.

**DONE** and **ORDERED** in Ocala, Florida on June 19, 2017.

_/s/ P. Lammens_
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties